SKC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Teerath Singh Khosa, | No.    CV-26-04129-PHX-JJT (ASB) |
| Petitioner, | |
| v. | **ORDER** |
| John E. Cantu, *et al.*, | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 5.) In their Response, Respondents state that they "do not oppose release of the Petitioner." (Doc. 7.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is granted as to his request for release from custody. Any remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** that Respondents shall immediately release Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that Respondents shall provide a notice of compliance within **two days** of releasing Petitioner from custody.

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 22nd day of June, 2026.

_____
Honorable John J. Tuchi
United States District Judge